FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Campbell  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
(Last Name)   (Identification Number)

Terrence   Lamont
(First Name)   (Middle Name)

~~MCCPDC~~  H.C.A.D.C.
(Institution)

10451 Larkin Smith Drive
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 1 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

M.D.O.C./W.G.C.F.
1650 Ms. Hwy 492
Walnut Grove Ms,
39189

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3:15cv395-DPJ-FKB
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?     Yes ( )  No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action:_____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket Number:_____

   4. Name of judge to whom case was assigned:_____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):_____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Terrence Campbell   Prisoner Number: 100008

Address: 10451 Larkin Smith Drive 39501

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: ~~[scribbled out]~~ Nurse Thompson is employed as Nurse Thompson, Nurse Houge at Walnut Grove Correctional Facility

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Terrence Campbell    ADDRESS: 10451 Larkin Smith Drive 39501

DEFENDANT(S):

| NAME | ADDRESS |
|---|---|
| M.D.O.C | |
| W.G.C.F. | 1650 Ms. Hwy 492 Walnut Grove Ms, 39189 |
| Nurse Thompson | 1650 Ms. Hwy 492 Walnut Grove Ms, 39189 |
| Nurse Houge | 1650 Ms. Hwy 492 Walnut Grove Ms, 39189 |

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (✓)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✓)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (✓)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (✓)   No ( ), if so, state the results of the procedure: Told me that is was nothing that they could do!

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes (✓)   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): All the Above!

   3. State the date your claims were presented: June 8-12 various

   4. State the result of the procedure: They could not help At All!

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On June 7th 2014 I was playing Basketball on the yard and just so happen to slip and hurt my ankle. So the C.O. sends me to medical. So when I get to medical, I tells Nurse Thompson that my ankle feels like it's broke, and that I need to go to the Hospital. So she tells me by it being a weekend, there's nothing that can be done. And the only sulution she has for me is a Ibprofein and a Icepack. So thats what she gives me and send me back to the zone. And so bout two days later they send me back to medical an gives me an xray and see's that its broken.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

for my pain and suffering emotional distress, mental. Cause, everytime it rains it hurts bigtime sometime I can't even walk on it! Wherefore Considered I, Terrence Campbell seek the most amount or whatever the court seems Necessary, that it satisfies the dignity of the court and the Plantiff

Signed this 19 day of MAY, 20 2015.

T. Campbell
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

5-19-2015
(Date)

T. Campbell
Signature of plaintiff

4

The rest of the story from page 4.

And then they goes to take me to a real Doctor's office in the freeworld and he xrays it and tells me that its fractured. And tells me that he cannot fix off hand cause they waited to late to bring me to him. He also told me if they would have brought me in when it first happen, He could have put a cast on it and fix it. But since they waited so long that the bones had started to grow back in place and in order for him to fix it he would have to brake it all over again. So he just let it heal on its on.

And after that I fractured it again cause then I was back on the zone one early morning sleep in my room sleeping on a top bunk not a bottom bunk. And had to use the bathroom. And was trying get down from the top bunk and fell on it again and fractured it again.

And when that happen he had to do surgery then. He did the surgery. I got a steel-plate in my ankle had bout twenty staples.

And it swells and hurt real bad on the regular. And the head Nurse Houge also was just trying to trick me in to signing all type of papers!