UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHEN DIVISION

TERRANCE LAMONT CAMPBELL                                                               PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:15cv395-DPJ-FKB

NURSE THOMPSON, et al.                                                                  DEFENDANT

ORDER

This pro se § 1983 action is before the Court on the Report and Recommendation [34] of United States Magistrate Judge F. Keith Ball.  Campbell never opposed the motion.  After referral, Judge Ball recommended granting Defendants' Motion for Summary Judgment [25] and that all of Campbell's claims against Defendants Management & Training Corporation (MTC), Sergeant Unknown Plumer, Officer Unknown Patrick, and Angela Johnson be dismissed for failure to exhaust administrative remedies.  Campbell has failed to file an Objection in response to the Report and Recommendation, and the time to do so has passed.[1]

Accordingly, the Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court.  All of Plaintiff Campbell's claims against MTC, Plumer, Patrick, and Johnson are dismissed.

---

[1] Campbell contacted the Court by telephone on March 23, 2016, to request an extension of time to file an Objection.  Twenty-five days have since passed and Campbell has yet to file a motion for an extension of time or any objections to the Report and Recommendation itself.

The remaining parties are instructed to contact the chambers of the magistrate judge within one week of this order to set the case for a case management conference.

**SO ORDERED AND ADJUDGED** this the 18th day of April, 2016.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE