UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TERRANCE LAMONT CAMPBELL                                   PLAINTIFF

V.                                                      CIVIL ACTION NO.3:15-cv-395-DPJ-FKB

ANGELA THOMPSON                                                        DEFENDANT

ORDER

This case is before the Court on the Report and Recommendation [44] of United States Magistrate Judge Keith Ball, recommending that the Court grant Defendant Angela Thompson's Motion for Summary Judgment [42]. While a state prisoner, Plaintiff Terrance Lamont Campbell injured his ankle while playing basketball in the courtyard. As a result, Campbell brings this suit against Defendant Angela Thompson, a nurse, for injuries Campbell suffered due to alleged delays in treating his injury. Thompson was the nurse that evaluated Campbell initially at the prison clinic where she proscribed ibuprofen and an ice-pack with orders to return on the next business day for an x-ray. Ultimately, the University of Mississippi Medical Center treated Campbell for a fractured ankle a total of five days after his injury. Campbell alleges that this delay in treatment was inadequate medical care under 42 U.S.C. § 1983.

Judge Ball concluded that, given Campbell's own testimony, there is nothing to indicate that Thompson wantonly disregarded Campbell's medical needs. Thompson promptly saw and treated Campbell upon his arrival and recommended that his ankle be x-rayed. Further, Thompson had no further involvement in Campbell's care after his initial visit. As such, Judge Ball recommended that Thompson's Motion for Summary Judgement [42] be granted. The parties were given fourteen days to object. No objections have been filed, and the time to do so has passed.

The Court finds that the unopposed Report and Recommendation [44] should be adopted as the opinion of the Court. This action is dismissed. A separate judgment will be entered in accordance with this Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 26th day of September, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE